**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**TRAVELERS CASUALTY & SURETY COMPANY,**

                          **Plaintiff,**

    **v.**                                          **1:02-CV-463**
                                                   **(GLS-RFT)**

**CROW & SUTTON ASSOCIATES; PINE VALLEY LANDSCAPE CORP.; FOXCROFT NURSERIES, INC.; RUTH H. SUTTON; and D. JAMES SUTTON,**

                          **Defendants.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:** | |
| Becker, Becker Law Firm<br>21 Wilbur Street<br>Albany, NY 12202 | LAWRENCE E. BECKER, ESQ. |
| **FOR THE DEFENDANTS:** | |
| Office of Mark V. Connolly<br>111 Simsbury Road<br>Second Floor<br>Avon, CT 06001 | MARK V. CONNOLLY, ESQ. |

**Gary L. Sharpe**
**U.S. District Judge**

# **ORDER**

Based on the court's March 24, 2005 Decision and Order, *Dkt. No. 94*, and upon review of the parties' submissions, *Dkt. Nos. 98, 99*, Travelers is awarded the following amount, associated **solely** with its opposition to Defendants' Rule 60(b) motion: (1) attorney's fees of $7,140.00, representing a total of 47.6 hours for the period December 10, 2004 to March 24, 2005,[1] at the submitted hourly rate of $150.00; and (2) costs of $816.57,[2] for a total of $7,956.57.

**WHEREFORE,** it is hereby

**ORDERED** that Travelers is awarded $7,956.57 in attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:   May 19, 2005
         Albany, New York

*/s/ Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge

---

[1] Charges preceding this period (totaling 10.65 hours) have been excluded as they are associated with the appeal pending before the Second Circuit. An additional 1.8 hours (including a 0.3-hour segment from a block-billed charge for a letter to Rensselaer County on 12/14/04) have also been excluded from this period for the same reason.

[2] A $10 Rensselaer County fee has been excluded from the costs.